

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CP:BSK

*156 Pierrepont Street*

*Brooklyn, New York  11201*

May 29, 2007

Bernard Alan Seidler
580 Broadway
New York, N.Y. 10012
Email: snedens66@aol.com

>       Re:   United States v. Frank Nagi, Hector Vidal Yepes-
>             Casas, et al.
>             Criminal Docket No. 07 CR 099 (S-3)(BMC)

Dear Mr. Seidler:

I have tried to reach you by telephone but your voicemail indicates that the mailbox is full.  I am not available May 31, 2007 in the afternoon for a bail hearing in this matter as I have a prior court commitment in Central Islip.  I am available in the morning and I am also available during the afternoon of May 30, 2007.  I am also available on June 4, 2007.

In addition, as this is an indicted case, I do not believe it is proper to schedule a bail hearing before the duty magistrate.  You will need to contact the assigned district court judge, Judge Cogan, to schedule a bail hearing.

Please let me know how you wish to proceed.

>                           Very truly yours,
>
>                           ROSLYNN R. MAUSKOPF
>                           United States Attorney
>                           Eastern District of New York
>
>                    By:    _____
>                           Bonnie S. Klapper
>                           Assistant U.S. Attorney
>                           (718) 254-6426

cc.: Chamber of Honorable Judge Brian Cogan
     Arraignment Duty Clerk