

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CP:BSK

*156 Pierrepont Street*

*Brooklyn, New York  11201*

May 29, 2007

Bernard Alan Seidler
580 Broadway
New York, N.Y. 10012
Email: snedens66@aol.com

      Re:  United States v. Frank Nagi, Hector Vidal Yepes-
          Casas, et al.
          Criminal Docket No. 07 CR 099 (S-3)(BMC)

Dear Mr. Seidler:

      By this letter, the government acknowledges receipt of your message requesting an additional set of recordings for your client.  I will send out another set before the end of the week.

                      Very truly yours,

                      ROSLYNN R. MAUSKOPF
                      United States Attorney
                      Eastern District of New York

              By: _____
                      Bonnie S. Klapper
                      Assistant U.S. Attorney
                      (718) 254-6426