CP:BSK
F. #2006R01870/NYNYE500Z

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

FRANK NAGI,

              Defendant.

- - - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 07 CR 099(S-5)(BMC)
(T. 18, U.S.C., §§ 510(b),
1956(h) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Money Laundering)

On or about and between June 1, 2006 and February 1, 2007, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant FRANK NAGI, together with others, did knowingly and intentionally conspire to conduct financial transactions in and affecting interstate and foreign commerce, to wit: the receipt of United States Treasury checks, which in fact involved the proceeds of specified unlawful activity, to wit: narcotics trafficking, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the

source, the ownership and the control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

(Title 18, United States Code, Sections 1956(h) and 3551 et seq.)

## COUNT TWO
(Possession of Stolen Treasury Checks)

On or about March 28, 2007, within the Eastern District of New York and elsewhere, the defendant FRANK NAGI did knowingly and intentionally retain and conceal stolen United States Treasury checks, the aggregate face value of which exceeded $1,000, knowing that such Treasury checks were stolen.

(Title 18, United States Code, Sections 510(b) and 3551 et seq.)

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: *[signature: Paul Schoeman]*
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

FORM DBD.34
JUN.85

No. _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

THE UNITED STATES OF AMERICA

vs.

FRANK NAGI,

Defendant.

## SUPERSEDING INFORMATION

Cr. No. 07 CR 099(S-5)(BMC)
(T. 18, U.S.C., §§ 510(b), 1956(h) and 3551 et seq.)

A true bill.

_____ Foreman

Filed in open court this _____ day.

Of _____ A.D. 19 ___

_____ Clerk

Bail, $ _____

BONNIE KLAPPER, AUSA 718-254-6426